**1**

In the Matter of the Application of LAWRENCE RIVKIN, Also Known as LAWRENCE M. RIVKIN, for Admission to the Bar.— Motion referred to the court that rendered the decision of February 18, 1952. (279 App. Div. 871.) Present — Nolan, P. J., Johnston, Adel and Wenzel, JJ.; Carswell, J., not voting. Motion granted to the extent of remitting the matter to the Committee on Character and Fitness of the Second Judicial District for such further investigation and report as they may deem proper. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

**2**

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES JOSEPH SWEENEY, Appellant.— Motion for reargument denied. Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See 280 App. Div. 957.]

**3**

THELMA SCHWEBEL, Respondent, v. JACK J. SCHWEBEL, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

**4**

BEN SILETCHNIK, Appellant, v. VICTOR FROST et al., Defendants, and LOUIS GOLDBERG, Respondent.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

**5**

WASHINGTON SHOPS, INC., Respondent, v. PERRY'S SHOP FOR MEN, INC., Appellant.— Motion referred to the court that rendered the decision of November 17, 1952. (280 App. Div. 986.) Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ. Motion for reargument granted. On reargument, on consent of the parties, motion for leave to appeal to the Appellate Division and for a stay denied, without costs. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.

**6**

HARRY. WAX, Respondent, v. SACK-SONS CARTON CO., INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

**7**

GEORGE K. BENNETT, Respondent, v. HARRISVILLE COMBING MILLS, INC., Appellant, et al., Defendants.— In an action for breach of contract of employment, the corporate defendant appeals from a resettled order denying a motion to dismiss the complaint for failure to prosecute. Order affirmed, with $10 costs and disbursements. No opinion. Carswell, Acting P. J., Johnston, Adel, MacCrate and Schmidt, JJ., concur.